UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:10-CV-00451-BO

| | |
|---|---|
| DWAYNE ALLEN DAIL, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>CITY OF GOLDSBORO, CITY OF )<br>GOLDSBORO POLICE CHIEF TIMOTHY J. )<br>BELL, in his official and individual capacities, )<br>JASPER M. "JACKIE" WARRICK, JR., in his )<br>official and individual capacities, THE )<br>ESTATE OF CHESTER HILL, DELORES A. )<br>HILL, the Administratrix of the Estate of )<br>Chester Hill, JOHN WIGGINS, in his official )<br>and individual capacities, THE ESTATE OF )<br>RONALD MELVIN, SYLVIA MELVIN, )<br>Administratrix of the Estate of Ronald Melvin, )<br>and JOHN AND JANE DOES 1-10, in their )<br>official and individual capacities, )<br>)<br>Defendants. )<br>) | **STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

NOW COME Plaintiff and Defendants, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and hereby stipulate to the dismissal with prejudice of all claims asserted or which could have been asserted by the parties in this action. The parties have resolved this matter by settlement and this Stipulation of Dismissal is intended to bring to an end all litigation between the parties. Each party shall bear its own costs and fees.

This the 16th day of January, 2014.

**FOR THE PLAINTIFF**

/s/G. Christopher Olson
**ATTORNEYS FOR PLAINTIFF DWAYNE ALLEN DAIL**

**MARTIN & JONES, PLLC**

E. Spencer Parris, NCSB #11042
esp@m-j.com
G. Christopher Olson, NCSB #21223
gco@m-j.com
410 Glenwood Avenue, Suite 200
Raleigh, North Carolina 2760
(919) 821-0005

**PATTERSON HARKAVY, LLP**

Burton Craige, NCSB #9180
bcraige@pathlaw.com
Narendra K. Ghosh, NCSB #37649
nghosh@pathlaw.com
1312 Annapolis Drive, Suite 103
Raleigh, North Carolina 27608
(919) 755-1812

**FOR THE DEFENDANTS**

/s/Scott C. Hart
**ATTORNEY FOR DEFENDANTS**
SUMRELL, SUGG, CARMICHAEL,
 HICKS & HART, P.A.
Scott C. Hart, Esq., NCSB #19060
shart@nclawyers.com
P.O. Drawer 889
New Bern, NC 28563
(252) 633-3131